
RECEIVED
IN LAKE CHARLES, LA

JUL - 6 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LOLA STELLY | : | DOCKET NO. 2:05 CV 0212 |
| VS. | : | JUDGE MINALDI |
| AIR LOGISTICS, L.L.C. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein, the Motion for Summary Judgment [doc. 12] filed by the defendant, Air Logistics, L.L.C. IS GRANTED.

IT IS ORDERED that the plaintiff's claims against the defendant ARE DISMISSED WITH PREJUDICE.

Lake Charles, Louisiana, this __6__ day of July, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE